IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Case |
| | ) | |
| MATLACK SYSTEMS, INC., *et al.*, | ) | Case No. 00-01114 (MFW) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| GARY F. SEITZ, as Chapter 7 Trustee: for the Estate of MATLACK SYSTEMS, INC., *et al*, | ) ) ) ) | |
| Plaintiff, | ) ) | Adv. Proc. No. 03-56336 (PBL) |
| v. | ) ) | District Court Civil Action No. 05-00090 (SLR) |
| PHOENIX LOSS PREVENTION, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

Phoenix Loss Prevention, Defendant herein, and Gary F. Seitz, as Chapter 7 Trustee for the Estate of Matlack Systems, Inc., et al., Plaintiff herein, hereby stipulate to the voluntary dismissal of the above-noted civil action.

The Bayard Firm
Anthony Saccullo, Esquire
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801
(302) 655-5000
*Counsel to Plaintiff*

Dated: March 3, 2005

Flaster/Greenberg P.C.
James E. Huggett, Esquire
913 N. Market Street, Suite 702
Wilmington, DE 19801
(302) 351-1125
*Counsel (of record) to Defendant*

Dated: March 3, 2005