IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MATLACK SYSTEMS, INC., *et al.*, | Case No. 01-01114 (MFW) |
| Debtors. | |
| GARY F. SEITZ, as Chapter 7 Trustee for the Estate of MATLACK SYSTEMS, INC., *et al.*, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 03-56336 (PBL) |
| PHOENIX LOSS PREVENTION, | District Court Civil Action No. 05-00090 (SLR) |
| Defendant. | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE   §
                    §   SS:
NEW CASTLE COUNTY   §

Tiffany Matthews, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, counsel to Gary F. Seitz, Chapter 7 Trustee, in the above-captioned action, and that on the 3rd day of March 2005, she caused a copy of the **Stipulation of Voluntary Dismissal (Document No. 5)**, to be served upon the parties listed below in the manners indicated.

| **VIA HAND DELIVERY** | **VIA FIRST CLASS U.S. MAIL** |
|---|---|
| James E. Huggett, Esquire | Phoenix Loss Prevention |
| Flaster/Greenberg P.C. | Attn: Paul Moore, President |
| 913 N. Market Street, Suite 702 | 150 Bastille Way |
| Wilmington, DE 19801 | P.O. Box 1180 |
| | Fayetteville, GA 30214 |

Tiffany Matthews

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid.

Dated: February 1, 2005

Notary Public
JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 26, 2006

578328v1